# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA

vs.                                         NO. 4:03CR00274-001 SWW
                                                4:06CV00612 SWW
FREDERICK FREEMAN CRAIGLOW


### ORDER

    Pending before the Court is defendant's motion filed pursuant to 28 U.S.C. §2255 to vacate, set aside or correct sentence.  After a review of the motion, the Court is of the opinion that a response by the United States of America would facilitate the resolution of the motion.  The Court therefore directs the United States to respond to the motion on or before ten days after the date of entry of this Order.

    IT IS SO ORDERED this 30th day of May, 2006.


                                                /s/Susan Webber Wright

                                               UNITED STATES DISTRICT JUDGE